**STATE of Missouri, Respondent,**

**v.**

**Christopher Ryan WEDDLE, Appellant.**

**No. WD 75815.**

Missouri Court of Appeals,
Western District.

Dec. 24, 2013.

William Swift, Columbia, MO, for appellant.

Robert Bartholomew, Jr., Jefferson City, MO, for respondent.

Before Division One: ALOK AHUJA, P.J., THOMAS H. NEWTON, and ANTHONY R. GABBERT, JJ.

### ORDER

PER CURIAM:

Mr. Christopher R. Weddle appeals a conviction of second-degree domestic assault, section 565.073. He claims insufficiency of the evidence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).